IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| ALICE BAIZA | |

## INFORMATION

The United States Attorney Charges:

### Count One
False Statements and Aiding and Abetting
(Violation of 18 U.S.C. §§ 1001 and 2)

On or about May 2, 2013, in the Abilene Division of the Northern District of Texas, in a matter within the jurisdiction of an agency of the United States, the United States Department of Justice, and during the course of a criminal investigation regarding the smuggling of contraband to inmates at a correctional facility, defendant **Alice Baiza (Baiza),** being a public official, that is, a Correctional Officer, at the Big Spring Correctional Center (BSCC), a correctional facility under contract with the GEO Group, Inc., in which persons are held in custody by direction of and pursuant to a contract with the head of a Federal agency, the United States Department of Justice, did knowingly, willfully, and unlawfully, make and cause to be made false, fictitious, and fraudulent statements and representations as to material facts, to Special Agent Eric S. Benn, and Special Agent La Don Moten, by stating to the Special Agents that she had not smuggled

Information *(Alice Baiza)* - Page 1

contraband to inmates in the BSCC, when in truth and in fact, as **Baiza** knew, said statement was false in that she did smuggle contraband to inmates in the BSCC.

In violation of Title 18, United States Code, Sections 1001 and 2.


SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*/s/ Paulina M. Jacobo*

PAULINA M. JACOBO
Assistant United States Attorney
Texas State Bar No. 10516700
1205 Texas Avenue, Suite 700
Lubbock, Texas  79401
Telephone:	806-472-7351
Facsimile:	806-472-7394
Email:	paulina.jacobo@usdoj.gov